UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61880-CIV-DAMIAN

**LINDLEY MURRAY**, individually
and on behalf of other similarly situated,

    Plaintiff,

v.

**SLIM CD, INC.**,

    Defendant.
_____/

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL**

**THIS CAUSE** came before the Court upon Plaintiff Lindley Murray's Notice of Voluntary Dismissal, filed June 5, 2025 [ECF No. 28] (the "Notice"). Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action before the opposing party serves either an answer or a motion for summary judgment. Here, no answer nor motion for summary judgment was filed. *See generally* docket. Accordingly, based on the Notice, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to the Notice.[1] The Clerk of Court is directed to **CLOSE** this case, and any pending Motions shall be **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 6th day of June, 2025.

                                                                   _____
                                                                   **MELISSA DAMIAN**
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] Because this Court never certified any class, this Order shall have no effect on the putative class or class members described in the Complaint.